FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 12 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MICHAEL PANNONE and ANNE PANNONE as
parents and natural guardians of KRISTEN PANNONE,
an infant under the age of 18,

                          Plaintiff,

-against-

ECKERD CORPORATION and GENOVESE DRUG
STORES, INC., and "JOHN DOE",

                          Defendant.
-------------------------------------------------X

Index No.: CV 05-106(DGT)
(VVP)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. The stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       November 30, 2005

_____ (KM 5924)
FIEDELMAN GARFINKEL & LESMAN
Attorneys for Defendant
110 William Street
New York, New York 10038-3901
Our File No.: NYNY/23643

_____
The Law Offices of
Christopher P. Di Giulio
Attorneys for Plaintiffs
99 Wall Street, 13th Floor
New York, New York 10005

SO ORDERED:

s/David G. Trager            12/5/05
United States ~~Magistrate~~ Judge